

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Treacy O'Brian Robbins, Appellant

No. 06-24-00234-CR     v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 45,081-B). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect (1) that Robbins pled "NOT TRUE" to the allegations in the State's motion to adjudicate guilt and (2) that the statute of offense is Section 162.405(e) of the Texas Tax Code. As modified, we affirm the judgment of the trial court.

We note that the appellant, Treacy O'Brian Robbins, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 8, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk